UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eugene Archie Torres,<br><br>    Plaintiff,<br><br>  v.<br><br>Commissioner of Social Security,<br><br>    Defendants. | No.  1:25-cv-00626-GSA<br><br>ORDER EXTENDING DEADLINES |

As stipulated (Doc. 12) Plaintiff's MSJ deadline is extended to November 18, 2025.

IT IS SO ORDERED.

   Dated:  **September 16, 2025**          **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE