DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eugene Archie Torres Jr.,<br><br>    Plaintiff,<br><br>    vs.<br><br>Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],<br><br>    Defendant. | Case No. 1:25-cv-00626-JLT-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 3-day extension of time, from November 18, 2025 to November 21, 2025, for Plaintiff to serve on defendant with

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT . All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's second request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of November 10, 2025 and November 17, 2025, Plaintiff's Counsel has ten merit briefs due and six reply briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                         Respectfully submitted,

Dated: November 13, 2025    PENA & BROMBERG, ATTORNEYS AT LAW

                                      By: */s/ Dolly M. Trompeter*
                                          DOLLY M. TROMPETER
                                          Attorneys for Plaintiff

Dated: November 13, 2025    ERIC GRANT
                                          United States Attorney
                                          MATHEW W. PILE
                                          Head of Program Litigation 1
                                          Law & Policy
                                          Social Security Administration

                                      By: *\*/s/ Oscar Gonzalez de Llano*
                                          Oscar Gonzalez de Llano
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant
                                          (*As authorized by email on November 13, 2025)

**ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: __**November 17, 2025**__                        __/s/ Gary S. Austin__
                                                                    UNITED STATES MAGISTRATE JUDGE