ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE ARCHIE TORRES JR., | Civil No. 1:25-cv-00626-JLT-GSA |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by 45 days, from December 22, 2025 to February 5, 2026, for the Commissioner to file his Cross-Motion for Summary Judgment. Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

This is the Commissioner's first request for an extension of time for his Cross-Motion. Plaintiff does not oppose the requested extension.

The undersigned counsel for the Commissioner respectfully submits that good cause exists for the requested extension. Due to staffing and organizational changes along with the lapse in appropriations funding the Social Security Administration, the undersigned counsel for the

Commissioner and her colleagues are continuing to work through many pressing deadlines and a backlog of cases requiring answers, reassignment, and briefing.  As a result, counsel for the Commissioner needs additional time in the instant case to review the substantial administrative record, consider the issues that Plaintiff has raised, confer with her client as necessary, and prepare the Commissioner's Cross-Motion.

                                                Respectfully submitted,

Dated: December 16, 2025        PENA AND BROMBERG, PC

                              By:*/s/ Jonathan Pena*\*
                                   JONATHAN PENA
                                   Attorneys for Plaintiff
                                   [\*As authorized by e-mail on Dec. 16, 2025]

Dated: December 16, 2025        ERIC GRANT
                                   United States Attorney
                                   MATHEW W. PILE
                                   Head of Program Litigation 1
                                   Social Security Administration | Law & Policy

                          By:    */s/ Margaret Branick-Abilla*
                                   MARGARET BRANICK-ABILLA
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

## **ORDER**

    Pursuant to the parties' stipulation, IT IS ORDERED that the Commissioner's Cross-Motion for Summary Judgment shall be due on February 5, 2026 and Plaintiff's optional reply shall be due within 14 days after the filing of the Commissioner's Cross-Motion.

    IT IS SO ORDERED.

Dated:  **December 16, 2025**                                **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE